CALLAWAY & TRUITT *v.* SOUTHERN RAILWAY COMPANY.

EVANS, J. 1. Neither the evidence admitted nor that offered by the plain-
tiffs but rejected by the court was such as to fix the identity of the
goods for the value of which they sought to hold the defendant company
accountable, or to show what was the market price of the same.

2. On appeal from a justice's court to a jury in the superior court, where
the plaintiff fails to make out a prima facie case, it is not error for the
court to direct a verdict in favor of the defendant. *Callaway & Truitt*
v. *Southern Railway Co.,* this day decided, ante, 192.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted March 3,—Decided August 9, 1906.

Appeal.    Before Judge Pendleton.    Fulton superior court.
May 4, 1905.

*Etheridge, Boykin & Etheridge,* for plaintiffs.

*Lamar Rucker,* for defendant.